AO 91 (Rev. 11/11) Criminal Complaint

# UNITED STATES DISTRICT COURT
for the

FILED
NOV -7 2025
CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY_____ DEPUTY CLERK

| | |
|---|---|
| United States of America | ) |
| v. | ) |
| Isidro GUZMAN-QUINONES | ) Case No. EP-25-M-6217-RFC |
| | ) |
| *Defendant(s)* | ) |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of __November 7, 2025__ in the county of __El Paso__ in the __Western__ District of __Texas__, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 8 USC 1326 | Reentry After Removal |

This criminal complaint is based on these facts:

See attached Affidavit

☐ Continued on the attached sheet.

Oath Telephonically Sworn
At __1:12__ PM
Fed.R.Crim.P.4.1(b)(2)(A)

_Complainant's signature_

Special Agent Mia Van Houzen

_Printed name and title_

Sworn to before me and signed in my presence.

Date: __11/7/25__

_Judge's signature_

City and state: __El Paso, Texas__     U.S. MAGISTRATE JUDGE ROBERT F. CASTANEDA

_Printed name and title_

UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT of TEXAS
Vs
Isidro GUZMAN-QUINONES

## AFFIDAVIT IN SUPPORT OF CRIMINAL COMPLAINT

I, Mia Van Houzen, a Special Agent of Homeland Security Investigations (HSI), being duly sworn, hereby states:

## AGENT BACKGROUND

1.   I am an "Investigative or Law Enforcement Officer" of the United States within the meaning of Title 18, United States Code, Section 2510(7), and am empowered by law to conduct investigations and to make arrests for various offenses listed in Titles 8, 18, 19, 21, 22, and 31, to include offenses alleged herein.

2.   I am a Special Agent of Homeland Security Investigations (HSI) assigned to the El Paso Field Office, El Paso, Texas, Homeland Security Task Force focusing on human smuggling. I have been employed with HSI since November 2019 and have been a Special Agent since August 2022. I received specialized training at the Federal Law Enforcement Training Centers, located in Glynco, Georgia, on the investigation of human smuggling organizations. My prior experience includes serving as a Police Officer in Baton Rouge, Louisiana. I am currently a Warrant Officer in the Army Reserves with over 22 years of service. My experience in the Army includes Counter Threat Finance and Military Intelligence specializing in All-Source Intelligence. I earned a master's degree in Cybersecurity, bachelor's degree in criminology.

## PURPOSE

3. This affidavit is submitted in support of a criminal complaint charging Isidro GUZMAN-QUINONES with violations of Title 8 U.S.C. § 1326– Reentry of removed aliens.

## PARAMETERS

4.   The information contained in this affidavit is based upon my investigation of this matter as well as my training and experience, and the training and experience of other law enforcement officers. Since this affidavit is being submitted for the limited purpose of demonstrating probable cause, it does not contain all the information known to me or other law enforcement officers involved in this investigation. I have set forth only those facts that I believe are necessary to establish probable cause to believe that there is evidence of a violations of Title 8 U.S.C. § – 1326 Reentry of Removed Aliens.

## STATEMENT OF FACTS

On November 6, 2025, Homeland Security Investigations (HSI) and Customs and Border Protection (CBP) initiated an investigation regarding illegal reentry of a removed alien after CBP Officers encountered Isidro GUZMAN-QUINONES at the Paso Del Norte Port of Entry as a pedestrian at approximately 1610 hours. Upon inspection, GUZMAN-QUINONES did not have documents in his possession to present but they were in his vehicle and stated while handling a

UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT of TEXAS
Vs
Isidro GUZMAN-QUINONES

cellphone that he would call someone to bring his documents. GUZMAN-QUINONES appeared to be pretending to use the phone and then started running northbound on the bridge to evade the CBP Officers. CBP Officers ran after GUZMAN-QUINONES and caught him after approximately 45 feet away. While CBP Officers were attempting to handcuff GUZMAN-QUINONES, GUZMAN-QUINONES lost control of a GLOCK 9mm pistol that was in his possession which fell to the ground.

A CBP Officer sustained an injury to his right forearm while GUZMAN-QUINONES was resisting apprehension. The CBP Officer stated that he struck his forearm against a metal light pole while struggling to secure GUZMAN-QUINONES in handcuffs.

The firearm in GUZMAN-QUINONES's possession was a GLOCK 43X, bearing serial number AFHF055. Manufacturer marking on the pistol indicated that it was manufactured in Smyrna, GA.

GUZMAN-QUINONES had visible scrapes and cuts, his shirt was torn, Officers observed remnants of black zip ties on his leg. GUZMAN-QUINONES stated that he had been kidnapped in Juarez, Mexico and escaped.

After GUZMAN-QUINONES was taken apprehended by CBP Officers, they escorted GUZMAN-QUINONES for further inspection. When CBP Officers started asking GUZMAN-QUINONES questions regarding his immigration status and citizenship, he stated that he would not answer those questions without an attorney. CBP Officers discontinued questioning at that time. GUZMAN-QUINONES was fingerprinted to confirm his identity and queries of immigration and law enforcement databases revealed that GUZMAN-QUINONES is a citizen of Mexico with no legal status to be in or pass through the United States, GUZMAN-QUINONES was granted three Voluntary Removals in 2002 and 2008, issued an arrest warrant and deemed inadmissible in 2010, removed from the United States 1/13/2014, removed from again in 5/30/2019, and removed again 5/12/2025.

CBP contacted Homeland Security Investigations regarding the suspected human smuggling or human trafficking scheme and firearms violation. GUZMAN-QUINONES continued to state that he wanted an attorney; however, continued discussing himself and other people being kidnapped and held at a stash house in Juarez, the HSI Special Agent and Task Force Officer reminded GUZMAN-QUINONES that he invoked his right to counsel and asked if he wished to make a statement without an attorney present. GUZMAN-QUINONES stated again that he wanted an attorney present and was escorted to a holding cell. GUZMAN-QUINONES was transported to Las Palmas Medical Center in El Paso, TX due to complaints about chest pain and was subsequently booked into El Paso County Detention Facility after medically cleared.

UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT of TEXAS
Vs
Isidro GUZMAN-QUINONES

_____
Mia Van Houzen
SPECIAL AGENT
HOMELAND SECURITY INVESTIGATIONS

Subscribed and sworn to before me this _____ day of November 7, 2025

_____
ROBERT F. CASTENEDA
UNITED STATES MAGISTRATE JUDGE
WESTERN DISTRICT OF TEXAS