FILED
December 03, 2025
CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS
By: _____DT_____
Deputy

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
EL PASO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> v. <br><br> ISIDRO GUZMAN-QUINONES, <br><br> Defendant. | Case No: EP:25-CR-02920-DCG <br><br> **I N D I C T M E N T** <br><br> **CT 1:** 8 U.S.C. § 1326(a) & (b)(1)– Illegal Re-Entry <br><br> **CT 2:** 18 USC § 111(a) – Misdemeanor Assault of a Federal Officer |

THE GRAND JURY CHARGES:

### COUNT ONE

On or about November 6, 2025, in the Western District of Texas, Defendant,

**ISIDRO GUZMAN-QUINONES,**

an alien, who had previously been excluded, deported, and removed from the United States, attempted to enter, entered, and was found in the United States, without having previously received express consent to reapply for admission from the United States Attorney General and the Secretary of Homeland Security, the successor pursuant to Title 6, United States Code, Sections 202(3), 202(4) and 557, in violation of Title 8, United States Code, Section 1326(a) and (b)(1).

### COUNT TWO

On or about November 6, 2025, in the Western District of Texas, Defendant,

**ISIDRO GUZMAN-QUINONES,**

intentionally, forcibly assaulted, resisted, opposed, impeded, intimidated, interfered with Customs Border Protection Officer C.R., a person designated in Title 18, United States Code, Section 1114,

who was then engaged in the performance of official duties, in a manner that would constitute a simple assault, in violation of Title 18, United States Code, Sections 111(a) and (b).

A TRUE BILL.

███████████████████████████

FOREPERSON OF THE GRAND JURY

JUSTIN R. SIMMONS
UNITED STATES ATTORNEY

BY: _____
Assistant U.S. Attorney