# UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF TEXAS
## EL PASO DIVISION

| | | |
|---|---|---|
| USA | § | |
| | § | |
| vs. | § | No: EP:25-CR-02920(1)-DCG |
| | § | |
| (1) Isidro Guzman-Quinones | § | |

## **ORDER**

On this day, the Court considered Defendant's Motion for Continuance, made orally during docket call on January 7, 2026, in the above-captioned cause. The motion was made because of the for further investigation, preparation of the defense due to complex discovery issues in the case, and/or plea negotiations. After due consideration, the Court is of the opinion that the motion should be granted.

The Court finds that the interests of justice outweigh the interests of Defendant and the public in a speedy trial, in that more time is needed by Defendant for preparation of the defense in this case, and that the time from **January 7, 2026, 2025 through February 4, 2026, is excludable time within the meaning of the Speedy Trial Act, 18 U.S.C. § 3161.**

Accordingly, it is hereby ORDERED that the Defendant's Motion For Continuance is GRANTED. This cause is rescheduled for **DOCKET CALL on: February 4, 2026 at 1:30 PM *BY ZOOM VIDEO CONFERENCE.*** **A link for the Zoom video conference will be forwarded to you no later than twenty-four hours before the scheduled hearing. Please join the video**

**conference by clicking on the link, from your device, at least 15 minutes prior to the scheduled time of the hearing.**

**SIGNED:   8th day of January, 2026.**

_____
HONORABLE DAVID C GUADERRAMA
SENIOR UNITED STATES DISTRICT JUDGE